**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01795-REB-BNB

JON KLEMMETSEN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation,

    Defendant.

---

MINUTE ORDER[1]

---

    Defendant's Motion to Reconsider Minute Order of March 13, 2006 and Request that the Court Accept American Family Mutual Insurance Company's Response to Plaintiff's Motion for Summary Judgment Out of Time Base on Rule 6(b)(2) [#28], filed March 14, 2006, is GRANTED and Defendant's Response to Plaintiff's Motion for Summary Judgment [#25], filed March 8, 2006, is accepted for filing.

Dated:  March 14, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.